UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALLEN S. PEARSON, JR. | § | CIVIL ACTION NO. _____ |
| VERSUS | § | SECTION: _____ |
| BLESSEY MARINE SERVICE, INC. | § | MAGISTRATE: _____ |

## **SEAMAN'S SUIT**

NOW INTO COURT, by and through undersigned counsel, comes Plaintiff, ALLEN S. PEARSON, JR., a person of the full age of majority, who respectfully avers the following, to wit:

1.

Plaintiff brings this cause of action pursuant to the General Maritime Law and the provisions of 46 U.S.C. §30104, *et seq.,* commonly referred to as the Jones Act, and all statutes supplemental and amendatory thereto.

2.

Defendant is BLESSEY MARINE SERVICE, INC., hereinafter referred to as BLESSEY, a company engaged in marine towing.

3.

On or about February 29, 2016, Plaintiff, ALLEN S. PEARSON, JR. was employed by the Defendant, BLESSEY, as a tankerman and member of the crew of the M/V TIM SCOTT.

4.

On or about February 29, 2016, the M/V TIM SCOTT ,was owned, operated and/or controlled by the Defendant, BLESSEY, and was operating in the navigable waters of the Atchafalaya River.

5.

On or about February 29, 2016, the M/V TIM SCOTT and its tow allided with the Simmesport Bridge (LA HWY 1 Bridge).  As a result of this allision, Plaintiff injured his lower back, specifically the L5-S1 disc of his lumbar spine.

6.

A cause of this incident and Plaintiff's damages was the fault and/or negligence attributable to the Defendant, BLESSEY, in the following non-exclusive respects:

    a.    its failure to provide the plaintiff with a safe place to work;

    b.    the wheelman's failure to see what he should have seen;

    c.    the on-deck lookout's failure to see what he should have seen;

    d.    the unsafe and improper operation of the vessel, M/V TIM SCOTT;

    e.    other negligent acts and/or omissions to be shown at the trial of this action.

7.

A proximate cause of this accident herein was the unseaworthiness of the M/V TIM SCOTT and its appurtenances.

8.

This accident occurred while Plaintiff, a seaman, was in the service of the vessel, M/V TIM SCOTT, entitling him to receive maintenance and cure benefits.

9.

As a result of the above and foregoing negligent acts and/or omissions and/or unseaworthiness of the M/V TIM SCOTT, the Plaintiff, ALLEN S. PEARSON, JR., has suffered severe and disabling physical and mental injuries and seeks monetary damages for the following:

- a.   Past and future loss of wages and benefits;
- b.   Impairment of future earning capacity;
- c.   Physical pain and suffering;
- d.   Mental and emotional pain and suffering;
- e.   Past and future medical expenses;
- f.   Permanent disability;
- g.   Loss of enjoyment of life; and,
- h.   Additional damages to be shown at the trial of this action.

10.

Plaintiff was not at fault in causing this incident or his resulting damages.

WHEREFORE, Plaintiff, ALLEN S. PEARSON, JR., prays for judgement herein and against Defendant, BLESSEY MARINE SERVICE, INC.;   Plaintiff prays that Defendant be duly cited and served with a copy of this Seaman's Suit, that Defendant be cited to appear and answer same within the delays allowed by law, and that after due proceedings, that there be judgment rendered herein in favor of Plaintiff, ALLEN S.

PEARSON, JR. and against Defendant herein, BLESSEY MARINE SERVICE, INC. in the total sum of TWO MILLION ($2,000,000.00) DOLLARS, plus interest from the date of incident until paid, all costs of these proceedings, and for all other general, equitable relief provided under the maritime law.

Respectfully submitted:

STRAUSS & KING, APLC

*/s/ Rhett E. King*
Berney L. Strauss #12527
Rhett E. King #23811
Sarah A. Lowman #18311
406 Magazine Street, Suite 300
New Orleans, Louisiana 70130
504-523-0033 (telephone)
504-523-0109 (facsimile)
rhettking@straussandking.com